377 A.2d 994

Commonwealth ex rel. Yudin, Appellant, v. Yudin.

Commonwealth ex rel. Yudin v. Yudin, Appellant.

Argued June 20, 1977. Edgar R. Einhorn, for appellant at No. 308 and appellee at No. 518; Garland D. Cherry and Joseph R. McFadden, submitted a brief for appellant at No. 518 and appellee at No. 308.

Order affirmed.